```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0009--CV (RRB)
                       "AK INDUSTRIAL DEV V AMERICAN BUILDINGS CO"

                  Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 01/11/05
             Closed: 11/30/05

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (195) Contract product liability

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 05/11/05 receipt # 00124843
           Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | ALASKA INDUSTRIAL DEVELOPMENT & EXPORT AUTHORITY | Patrick B. Gilmore<br>Atkinson Conway et al<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br>907-276-1700<br>FAX 907-272-2082 |
| DEF 1.1 | AMERICAN BUILDINGS CO | Julia M.I. Holden<br>Oles Morrison et al<br>745 W. 4th Avenue, Suite 502<br>Anchorage, AK 99501-2136<br>907-258-0106<br>FAX 907-258-5519 |
| 3PP 1.1 | | Julia M.I. Holden<br>(see above) |
| 3DF 1.1 | A-1 ALL WEATHER ROOFING INC. | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0009--CV (RRB)
             "AK INDUSTRIAL DEV V AMERICAN BUILDINGS CO"

                          For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 01/11/05
             Closed: 11/30/05

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (195) Contract product liability

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 05/11/05 receipt # 00124843
           Trial by: Court



 Document #    Filed    Docket text
 ─────────────────────────────────────────────────────────────────────────────
     1 -  1   01/11/05  DEF 1 Notice of Removal from Superior Court for the State of Alaska
                        3AN-04-13095CI w/att exh.

     2 -  1   01/12/05  RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/i 10 days copies of state court records and svc list. cc: cnsl

     3 -  1   01/19/05  DEF 1 Disclosure Statement.

     4 -  1   01/19/05  DEF 1 Notice of compliance w/att exhs.

     5 -  1   01/19/05  DEF 1 Answer to Complaint.

     6 -  1   01/20/05  RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     7 -  1   02/02/05  DEF 1 motion to amend answer w/att amended answer and exhs.

     8 -  1   02/22/05  PLF 1; DEF 1 Scheduling & Planning Conference Report.

     9 -  1   02/23/05  RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 11/01/05; Dispositive motions deadline 12/01/05; Estimate of
                        trial 5 days; TBC. cc: cnsl

    10 -  1   02/25/05  RRB Order granting motion to amend answer (7-1).  cc: cnsl

    11 -  1   02/25/05  DEF 1 Amended Answer and Third-party Complaint.

    12 -  1   02/25/05  DEF 1; 3PP 1 (Amended) Answer and Third Party Cmplt.

    13 -  1   02/25/05  DEF 1; 3PP 1 Notice of filing amended answer and third party cmplt to
                        add third party caption.

    14 -  1   02/28/05  Notice of unavailability of Christine William cnsl for def and 3PP from
                        3/17/05 through 3/27/05.

    15 -  1   03/09/05  RRB Minute Order third party plf is required to comply with Rule 4(m)
                        FRCP re: proof of service on 3rd pty def.  cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0009--CV (RRB)
                        "AK INDUSTRIAL DEV V AMERICAN BUILDINGS CO"

                                    For all filing dates


Document #    Filed       Docket text

   16 -   1   04/12/05    3PP 1 Return of Service Executed re: 3DF 1 on 3/28/05.

   17 -   1   04/14/05    DEF 1 Suggestion of Bankruptcy w/att exhs.

   18 -   1   04/19/05    RRB Minute Order that w/in 14 days ABC file exhibits as stated, true and
                          correct copy of excerpts as stated.  If AIDEA objects tothe introduction
                          of uncertified copies, cert copies of all docs must be submitted.  With
                          in 15 dyas the parties meet and confer and w/in 20 dyas either AIDEA
                          file an oppo to the suggestion of Bankruptcy or the parties jointly or
                          separately file memo addressing the appropriate dispo of this matter by
                          this court, whether by dismissal or transfer to the USDC for the Dist of
                          Delaware.

   19 -   1   05/02/05    DEF 1; 3PP 1 Notice of change of cnsl. J. Holden for C. Williams.

   20 -   1   05/03/05    DEF 1; 3PP 1 Response to Order dated 4/19/05 at dkt # 18 re: notice of
                          filing exhs & excerpts.

   21 -   1   05/06/05    PLF 1 Stipulation to stay case until further notice and report
                          addressing appropritate disposition of matter.

   22 -   1   05/09/05    RRB Order granting stipulation to stay case (21-1).  Parties to file a
                          sttus report by 9/12/05.  cc: cnsl

   23 -   1   09/12/05    PLF 1; DEF 1; 3PP 1 Status Report of Parties.

   24 -   1   09/20/05    RRB Minute Order that further stat rpt due by 11/1/05.   cc: cnsl

   25 -   1   11/01/05    PLF 1; DEF 1; 3PP 1 Status Report of Parties.

   26 -   1   11/04/05    RRB Minute Order further status report is due by 2/3/06. cc: cnsl

   27 -   1   11/29/05    DEF 1; 3PP 1 Stipulation for dismissal with prejudice, with each party
                          bearing its costs and attorney's fees.

   27 -   2   11/29/05    RRB Order granting stipulation for dismissal with prejudice, with each
                          party bearing its own costs and attorney fees (27-1).  cc: cnsl




ACRS: R_VDSDX               As of 12/01/05 at 3:23 PM by GARRY                        Page 2
```